USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARCO RIGOBERTO QUIZHPI CELDO,

                Plaintiff,

-against-

NORTH AMERICAN VIDEO CORPORATION D/B/A
NAVCO SECURITY SYSTEMS, CT CORPORATION
SYSTEMS AND JOHN DOE,

                Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

23-CV-5842 (KPF)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 15). A telephone conference will be held on **Thursday, February 1, 2024 at 11:00 a.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: December 19, 2023
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge