USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __02/01/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARCO RIGOBERTO QUIZHPI CELDO,

                                Plaintiff,

                -against-

NORTH AMERICAN VIDEO CORPORATION D/B/A
NAVCO SECURITY SYSTEMS, CT CORPORATION
SYSTEMS AND JOHN DOE,

                           Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**23-CV-5842 (KPF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Wednesday, February 28, 2024 at 2:30 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **February 21, 2024 by 5:00 p.m.**

      **SO ORDERED.**

Dated: February 1, 2024
      New York, New York

_____
      KATHARINE H. PARKER
      United States Magistrate Judge